IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| CAMERON OLSON, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE NO. |
| | ) | |
| vs. | ) | _____ |
| | ) | |
| FEDEX CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE FOR REMOVAL OF ACTION

Defendant, Defendant, FedEx Corporation ("FeEx"), by counsel, for its Notice for Removal of Action, states as follows:

1. On March 2, 2022, Plaintiff filed his Complaint against Defendant in the Marion County Superior Court, Civil Division 2 of Indiana under Cause Number 49D02-2203-CT-006801.

2. In his Complaint, Plaintiff alleges that on April 15th, he was an invitee on the FedEx premises when a mass shooting occurred, causing him injuries and damages.

3. Plaintiff alleges that he sustained damages as a result of the incident at a FedEx.

4. Plaintiff is a citizen of the State of Indiana.

5. Defendant is incorporated under the laws of the State of Delaware with its principal place of business in Memphis, TN.

6. Defendant contends that this cause is removable under 28 U.S.C. § 1332 and none of the impediments to removal under 28 U.S.C. § 1445 are present in this action.

7. Defendant certifies that to the best of its knowledge, information and belief, the amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest

and costs, as Plaintiff's Complaint has a prayer for damages as exceeding $75,000.00 and alleges that Defendant breached its duty to Plaintiff causing injuries and damages.

8. Defendant was served with Plaintiff's Complaint by certified mail on March 2, 2022.

9. This Petition for Removal is being filed with the Court within thirty (30) days after determining that the basis for diversity jurisdiction exists.

10. Copies of all pleadings filed in the state court action that are in the possession of Defendant are attached as "Exhibit A".

11. Contemporaneously, a written notice is being provided to all adverse parties and to the Clerk of the Marion County Superior Court, Civil Division 2 that this Petition of Removal is being filed in this Court.

12. **WHEREFORE**, Defendant, FedEx prays that the entire state court action pending in the Marion County Superior Court, Civil Division 2 of Indiana, under Cause Number 49D02-2203-CT-006801, be removed to this Court for all further proceedings.

Dated:  March 23, 2022

Respectfully submitted,

KOPKA PINKUS DOLIN PC

By: */s/ Christine Riesner Bond*
Christine Riesner Bond (#24667-49)
Leslie Pollie (#25716-49)
Attorney for FedEx Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2022, the foregoing has been filed through the Court's ECF system and notice has been electronically served on all counsel of record.

Cameron Olson
5364 Innisbrooke Lane
Greenwood, IN 46142

 */s/Christine R. Bond*

KOPKA PINKUS DOLIN PC
550 Congressional Boulevard
Suite 310
Carmel, IN 46032
(317) 818-1360 | office
(317) 818-1390 | fax
Crbond@kopkalaw.com