| | | |
|---|---|---|
| **STATE OF INDIANA** | | IN COURT OF MARION COUNTY |
| | ) ss: | |
| COUNTY OF MARION | ) ) | CAUSE NO:   49D022203CT006801 |

CAMERON OLSON
*Plaintiff,*

-vs-

FedEx Corporation.
*Defendant(s),*

**FILED**

㉗ MAR 02 2022

*Myla A. Eldridge*
**CLERK OF THE MARION CIRCUIT COURT**

## NOTICE OF LAWSUIT FOR EMOTIONAL DISTRESS AND NEGLIGENCE.

Now comes and hereby files this lawsuit and notice against the above-named defendant(s). Plaintiff now serves and notifies the Defendant(s) of official complaint and serve this lawsuit. Additional complaint is to be forwarded to Office of the Indiana Attorney General. ***Pursuant to Indiana Code Title 34, Section 51-2-5 per neglect. Per Indiana*** (Sec's. 34-11-2-4(1), 34-11-2-3, & 34-20-3-1) personal injury and liability.

**Pursuant to the following Plaintiff alleges and forgoing complaints as following and true:**

1. That the Plaintiff is resident of Marion County, Indiana
2. The Plaintiff will also be known as "victim" in this complaint.
3. The Plaintiff is currently an employee at FedEx.
4. Notwithstanding IC 34-11-6-1, the actions transpired in Marion County, Indiana in the last 2 years.
5. All obligations were performed and incurred in Marion County, Indiana.
6. Pursuant to I.C 33-28-3 that Marion County is the proper venue and has jurisdiction to adjudicate this lawsuit as the allegations and complaints were conducted in Marion County, Indiana.

# COMPLAINT.

The Plaintiff state the following as true and foregoing:

- On April 15th, 2021, at the FedEx Ground facility at the International airport a mass shooting occurred.
- On April 15th, 2021 FedEx Ground security permitted Brandon Scott Hole on the premises.
- FedEx banned Brandon Scott Hole from premises after termination of employment.
- Employee has missed work because of enduring a traumatic experience.
- FedEx neglected and failed to protect employees.
- The Plaintiff tried to save lives by going into personal vehicle and retrieve a firearm.
- The Plaintiff engages with the mass shooter in a shootout.
- Indianapolis Police Department and Federal Bureau of Investigations interviewed Plaintiff.
- The investigation concluded that Plaintiff was trying to mitigate loss of life by putting Plaintiff's life in danger in trying to stop the mass shooter.

## Summary.

The Plaintiff has documented and photographed all the incidents and communications with FedEx. The Plaintiff is seeking $100.000.00 for the horrific experience, trauma and neglect.

Whereas the Plaintiff is having a personal trouble dealing with the traumatic event. The Plaintiff is having trouble sleeping and suffering PTSD. The Plaintiff tried to protect lives and do the right thing by confronting the mass shooter by intervening with plaintiff's personal life. The Plaintiff is troubled that FedEx never showed appreciating or

concerned to the plaintiff's wellbeing. The plaintiff is concerned through legal relief that FedEx may retaliate and terminate plaintiff's employment.

*WHEREFORE, I affirm under the penalties of perjury that the foregoing representations are true.*

*[signature]*
Cameron Olson

**Copies //:**

FedEx Corporation
942 South Shady Grove Road,
Memphis, TN,
38120

CT Corporation System - Registered agent
334 North Senate Avenue,
Indianapolis, IN,
46204

Cameron Olson
5364 Innisbrooke Ln
Greenwood, IN 46142

## CERTIFICATE OF SERVICE.

I hereby certify a copy of the foregoing was transmitted by United States First Class Mail to the following party of record on this 2nd day of March, 2022

Cameron Olson
*Plaintiff*

**Copies //:**

FedEx Corporation
942 South Shady Grove Road,
Memphis, TN,
38120

CT Corporation System - Registered agent
334 North Senate Avenue,
Indianapolis, IN,
46204

Cameron Olson
5364 Innisbrooke Ln
Greenwood, IN 46142