UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**

APR 2 2 2022

U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

CAMERON OLSON,                          )
    Plaintiff,                          ) No. 1:22-cv-00577-TWP-MG
                                          )
      vs                                )
                                          )
FEDEX CORPORATION,                      )
    Defendant,                          )

> GRANTED.
> The clerk is directed to terminate this action on the docket.
> TWP
> 4/25/2022.

## MOTION TO DISMISS

Wherefore, the Plaintiff is responding to this Court Order regarding a response to a lawsuit against FedEx Corporation due April 26, 2022

NOW COMES the Plaintiff, Cameron Olson and hereby moves this Honorable Court to dismiss this case for the following reason:

The Plaintiff has incorrectly filed a proper lawsuit, and therefore ask the Court to Dismiss Plaintiff's lawsuit.

Accordingly, the Plaintiff requests that the Plaintiffs' Motion to Dismiss be GRANTED.

_Cameron Olson_
Cameron Olson
Plaintiff

04/22/22
Date